IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, ) | |
| ) | Criminal No. 4:17-cr-108-BHH |
| ) | Civil No. 4:23-cv-2323-BHH |
| v. ) | |
| ) | |
| Alexis Kirt, ) | **ORDER** |
| ) | |
| Defendant/Movant. ) | |
| _____ ) | |

    This matter is before the Court upon Alexis Kirt's pro se motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255, wherein she asserts that defense counsel failed to file a direct appeal despite being asked to do so. The government filed a response in support of the motion, explaining that sentencing counsel admitted that she failed to file an appeal even when timely asked to do so by Defendant. *See United States v. Poindexter*, 492 F.3d 263, 273 (4 th Cir. 2007) (holding that an attorney is required to file a notice of appeal when unequivocally instructed to do so by his client). As such, the government now requests that the Court (1) grant relief to Kirt under § 2255, (2) vacate the sentence imposed on June 17, 2022, and (3) reimpose the same sentence, which would reinstate Defendant's right to file a notice of appeal within fourteen days of the newly imposed sentence. (*See* ECF No. 2368.)

    After review, and in consideration of the applicable law, the Court finds no hearing necessary because the government concedes that Kirt's attorney failed to file a notice of appeal as directed, thereby prejudicing Kirt. *See Roe v. Flores-Ortega*, 528 U.S. 470 (2000) (explaining that "[a]s lawyer who disregards a defendant's specific instruction to file a timely notice of appeal acts in a manner that is professionally unreasonable" and that a

presumption of prejudice applies when an attorney's deficient performance deprives defendant of an appeal).  Furthermore, **the Court finds that Kirt is entitled to relief in the form of a belated appeal, and the Court hereby grants Kirt's motion filed pursuant to 28 U.S.C. § 2255** (ECF No. 2335).  *See, e.g.*, 2013 Wl 1431658 (D. Md. April 8, 2013) (granting § 2255 motion and allowing belated appeal, without a hearing, where the government did not dispute the movant's allegation that counsel failed to comply with a request to file a notice of appeal).  **Therefore, the Court vacates the judgment imposed on June 17, 2022, and orders the Clerk to enter an amended judgment from which Kirt may file a timely appeal.**

    IT IS SO ORDERED.

/s/Bruce H. Hendricks
United States District Judge

November 28, 2023
Charleston, South Carolina