✎Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

**for**

**District of South Carolina**

---

## Report on Offender Under Supervision

**Name of Offender:** Alexis Kirt **Case Number:** 4:17CR00108-013

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** May 8, 2019

**Original Offense:** Count 1: Conspiracy to Possess with Intent to Distribute & Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846

**Original Sentence:** The defendant was sentenced to three (3) years of probation. The following special conditions were imposed: 1) Substance Abuse Treatment and Testing; 2) Educational Program or Obtain GED; 3) Attend two (2) AA or NA meetings weekly; and 4) $100 Special Assessment Fee (satisfied August 4, 2020).

**Type of Supervision:** Probation **Date Supervision Commenced**: May 8, 2019

**Revocation Sentence:** On April 28, 2022, a probation violation hearing was held before Your Honor via videoconference. The hearing was scheduled to be held again, in person, on April 29, 2022, but it was later rescheduled for May 3, 2022. On May 3, 2022, the hearing was rescheduled for June 17, 2022.

On June 17, 2022, Your Honor adjudicated Ms. Kirt guilty of the following violations: 1) New Criminal Conduct – Felony Hit/Run Serious Injury/Death; 2) New Criminal Conduct – Driving without an Operator's License; 3) New Criminal Conduct – Filing a False Police Report; 4) Failure to be Truthful with the Probation Officer; 5) New Criminal Conduct – Driving Under the Influence, 1st Offense; 6) New Criminal Conduct – Failure to Possess Registration Card; 7) New Criminal Conduct – Reckless Driving; 8) New Criminal Conduct – Failure to Possess Registration Card; 9) New Criminal Conduct – Unlawful Passing; 10) New Criminal Conduct – Driving without a License; 11) Illegal Use of Drugs; 12) New Criminal Conduct – Disorderly Conduct; and 13) Failure to Refrain from Association with a Felon. The defendant was sentenced to a term of 120 months' imprisonment with no supervision to follow. The term of imprisonment was ordered to run concurrently to any state sentence the defendant may serve.

On November 28, 2023, the Court vacated the judgment imposed on June 17, 2022, pursuant to 28 U.S.C. § 2255, and imposed a term of 120 months' imprisonment with no supervision to follow. The amended judgment allowed the defendant the ability to file a timely appeal. Ms. Kirt appealed the sentence on September 17, 2024, and the Fourth Circuit Court of Appeals ordered this case be remanded to the District Court for further proceedings.

On February 11, 2025, Your Honor amended the judgment dated November 28, 2023, and committed Ms. Kirt to the United States Bureau of Prisons to be imprisoned for a period of Time Served, followed by a three-year term of supervised release. The following special conditions were imposed: 1) Substance Abuse Treatment; 2) Mental Health Treatment; 3) Substance Abuse Testing; and 4) Copayment Language.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** February 11, 2025

**Previous Court Action/Notification(s):** On July 10, 2026, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender (12B) was forwarded to the Court advising that Ms. Kirt was arrested and charged with Assault and Battery, 3rd Degree, and she failed to notify the probation officer of a change in residence. The United States Probation Office recommended the violations be held in abeyance and Ms. Kirt's conditions be modified to include an alcohol abstinence condition. On the same date, Your Honor ordered the modification as requested. It should be noted that Ms. Kirt was found Not Guilty of the aforementioned Assault and Battery charge on August 31, 2026, in the Horry County Magistrate Court in Conway, South Carolina.

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Use of Alcohol**: The defendant is subject to the following condition: You must abstain from consuming or possessing alcoholic beverages or beer at any time.<br><br>a. On August 22, 2026, Corporal Speck with the Horry County Police Department (HCPD) responded to a complaint at 714 30th Avenue South, in Atlantic Beach, South Carolina, of Ms. Kirt being intoxicated while being the caregiver of her 7-month-old daughter. At the scene, Corporal Speck confirmed Ms. Kirt's level of intoxication was not conducive to the wellbeing of the minor child. She was unsteady on her feet, slurred her words, and admitted to officers that she had been drinking that day. The South Carolina Department of Social Services (DSS) was notified of the incident by law enforcement, and the minor child was removed from the custody and care of Ms. Kirt. No charges were filed as a result of this law enforcement contact.<br><br>b. On September 15, 2026, during a field visit, Ms. Kirt signed an Admission of Use form admitting to drinking alcohol on the stated date. |
| 2 | **Failure to Comply with Substance Abuse Testing:** The defendant is subject to the following condition: You must submit to periodic substance abuse testing up to two times per week during the term of supervision to determine if you have used a prohibited substance. This condition sets the maximum number of non-treatment program drug tests to which the defendant may be subject during her term of supervision.<br><br>On September 1, 2026, during a field visit, Ms. Kirt failed to provide a urine specimen during a random drug test. |

3 **Failure to Notify the Probation Officer of Contact with Law Enforcement:** The defendant is subject to the following condition: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

a. On August 22, 2026, Corporal Speck with the HCPD responded to a complaint at 714 30th Avenue South, in Atlantic Beach, South Carolina, of Ms. Kirt being intoxicated while being the caregiver of her 7-month-old daughter. As noted in Violation 1, Ms. Kirt's child was removed from her custody by DSS after Corporal Speck determined she was unable to provide care for the child. Ms. Kirt failed to notify her probation officer of this contact with law enforcement.

b. On September 11, 2026, Officer Seth Jenkins with the HCPD responded to a complaint at 612 31st Avenue South, Atlantic Beach, South Carolina. It was reported that Alexis Kirt kicked in the door at her friend's residence. No charges were filed as a result of this incident and Ms. Kirt failed to notify her probation officer of this contact with law enforcement.

**U.S. Probation Officer Action:** On August 23, 2026, Ms. Kirt was evicted from her residence at 714 30th Avenue South, in Atlantic Beach, South Carolina. Ms. Kirt was essentially homeless until September 18, 2026, when she moved into the Eastern Carolina Transitional Housing at 6516 Bryant Street in Myrtle Beach, South Carolina. In addition, she has a open investigation with DSS.

On September 6, 2026, law enforcement responded to a call from the Circle K gas station at 1501 North Highway 17 in North Myrtle Beach, South Carolina. It was reported that a female, identified as Alexis Kirt, had been entering and exiting the store multiple times talking to herself, hallucinating, and that she did not appear to be coherent. Upon review of the bodycam footage, Ms. Kirt appeared to be heavily under the influence when officer arrived on scene. Throughout her interaction with the officers her words were slurred and at times inaudible. She was transported to Seacoast Medical Center in North Myrtle Beach, South Carolina. The United States Probation Office has made several attempts to receive a copy of Ms. Kirt's discharge summary but have been unsuccessful. No charges were filed against Ms. Kirt in this incident.

The United States Probation Office respectfully requests the above-noted violations be held in abeyance to allow Ms. Kirt time to adjust to transitional housing and continue attending substance abuse treatment at Shoreline Behavioral Health Services in Conway, South Carolina. Ms. Kirt has been enrolled in the random drug testing program. In addition to attending treatment with the medication assisted treatment program at Shoreline Behavioral Health Services, she will also attend individual substance abuse treatment counseling. The Court will be promptly notified of any continued noncompliance.

***The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.***

Respectfully Submitted,

By: Courtney P. Knowlin
Courtney P. Knowlin
Senior U.S. Probation Officer
Florence Office
Date: October 2, 2026

Reviewed and Approved By:

Holly M. Foxworth
Holly M. Foxworth
Asst. Deputy Chief U.S. Probation Officer

---

| X | Agree with Probation Officer's recommendation |
|---|---|
| | Submit a Request for Modifying the Condition or Term of Supervision |
| | Submit a Request for Warrant or Summons |
| | Other |

Bruce H. Hendricks
The Honorable Bruce Howe Hendricks
United States District Judge

October 5, 2026
Date